**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| CHRISTOPHER-JUDD VILLARIAS, et al., | Case No.: 2:21-cv-00236-GMN-NJK |
| Plaintiff(s), | **Order** |
| v. | [Docket No. 12] |
| STATE FARM MUTUAL AUTOMOBILE INSURANCE COMPANY, | |
| Defendant(s). | |

Pending before the Court is a notice of a Rule 26(f) conference.  Docket No. 12.  Discovery-related documents must be <u>served</u> on the affected party, not <u>filed</u> on the docket unless ordered by the Court.  Local Rule 26-8; Fed. R. Civ. P. 5(d)(1).  No such order has been entered in this case.  Accordingly, the Court **STRIKES** the above-referenced document, and instructs the parties to refrain from filing discovery documents on the docket in the future absent a Court order that they do so.

IT IS SO ORDERED.

Dated: March 15, 2021

_____

Nancy J. Koppe
United States Magistrate Judge

1