1

2  RYAN L. DENNETT, ESQ.
   Nevada Bar No. 005617
3  rdennett@dennettwinspear.com
   JENNIFER INSLEY MICHERI, ESQ.
   Nevada Bar No. 10089
4  Jinsley-micheri@dennettwinspear.com
   **DENNETT WINSPEAR, LLP**
5  3301 N. Buffalo Drive, Suite 195
   Las Vegas, Nevada  89129
6  Telephone:    (702) 839-1100
   Facsimile:    (702) 839-1113
7  ***Attorneys for Defendant, State Farm***
   ***Mutual Automobile Insurance Company***

8

9                    UNITED STATES DISTRICT COURT

10                       DISTRICT OF NEVADA

11  CHRISTOFFER-JUDD VILLARIAS and
    FRANCES MARIE AQUI, individuals,
12                                              Case No:  2:21-cv-00236-GMN-NJK
                                Plaintiffs,
13
    vs.
14
    STATE FARM MUTUAL AUTOMOBILE
15  INSURANCE COMPANY, a Foreign Corporation;
    DOE EMPLOYEES I-V and ROE COMPANIES I-
16  V,

17
                                Defendants.
18

19       **STIPULATION AND ORDER FOR DISMISSAL OF EXTRA-CONTRACTUAL**
         **(BAD FAITH AND PUNITIVE DAMAGES) CLAIMS, WITHOUT PREJUDICE**
20
          IT IS HEREBY STIPULATED by and between Plaintiff, CHRISTOFFER-JUDD
21
    VILLARIAS and FRANCES MARIE AQUI, by and through his attorney of record, MICHAEL
22
    NIXON, ESQ. of VAN LAW FIRM and Defendant, STATE FARM MUTUAL AUTOMOBILE
23
    INSURANCE COMPANY, by and through its attorney, JENNIFER INSLEY MICHERI, ESQ., of
24
    the law firm of DENNETT WINSPEAR, LLP, that Plaintiff's claims for extra-contractual (bad
25
    faith), punitive damages (including but not limited to Plaintiff's Second, Third and Fourth and Fifth
26
    Cause of Action), and any other claims involving claims outside of the contractual relationship
27
    between STATE FARM MUTUAL AUTOMOBILE INSURANCE COMPANY, and
28

1  CHRISTOFFER-JUDD VILLARIAS and FRANCES MARIE AQUI, are hereby dismissed, wtihout

2  prejudice.

3      The claims for contractual UIM benefits remain for determination.

4      Both sides acknowledge that each side will bear their own attorneys' fees and costs as it

5  relates to the litigation thus far completed.

6  DATED:_____8-26-2021_____          DATED:_____8-26-2021_____

7  **VAN LAW FIRM**                          **DENNETT WINSPEAR, LLP**

8

9  By____/s/ Michael T. Nixon_____       By____/s/ Jennifer Insley Micheri_____
   MICHAEL T. NIXON, ESQ.                    RYAN L. DENNETT, ESQ.
10 Nevada Bar No. 12839                      Nevada Bar No. 5617
   JOSEPH ORTUNO, ESQ.                       JENNIFER INSLEY MICHERI, ESQ.
11 Nevada Bar No. 11233                      Nevada Bar No. 10089
   1290 S. Jones Blvd.                       3301 N. Buffalo Drive, Suite 195
12 Las Vegas, Nevada 89146                   Las Vegas, Nevada 89129
   Telephone:  702-529-1011                  Telephone:  702-839-1100
13 Facsimile:   702-800-4662                 Facsimile:   702-839-1113
   *Attorneys for Plaintiffs,*               *Attorneys for Defendant,*
14 *Christoffer-Judd Villarias and*          *State Farm Mutual Automobile*
   *Frances Marie Acqui*                     *Insurance Company*

15

16

17

18              **IT IS SO ORDERED.**

19
                Dated this __27__ day of August, 2021.
20

21

22              _____
                Gloria M. Navarro, District Judge
23              UNITED STATES DISTRICT COURT

24

25

26

27

28

2