SANDY VAN, ESQ.
Nevada Bar No. 10785
**VAN LAW FIRM**
1290 S. Jones Blvd.
Las Vegas, NV 89146
(702) 529-1011 Telephone
(702) 800-4662 Facsimile
sandy@vanlawfirm.com
*Attorney for Plaintiffs*

## UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| CHRISTOPHER-JUDD VILLARIAS and FRANCES MARIE ACQUI, individuals,<br><br>Plaintiffs,<br><br>vs.<br><br>STATE FARM MUTUAL AUTOMOBILE INSURANCE COMPANY, a Foreign Corporation; DOE EMPLOYEEES I-V and ROE COMPANIES I-V,<br><br>Defendants. | Case No.: 2:21-CV-00236-GMN-NJK<br><br>**<u>NOTICE OF DISASSOCIATION OF COUNSEL AND REQUEST FOR REMOVAL FROM ELECTRONIC SERVICE</u>** |

**TO ALL PARTIES, THEIR COUNSEL OF RECORD, AND TO THIS COURT:**

NOTICE IS HEREBY GIVEN that this Notice of Disassociation is being submitted to inform the Court, parties, and counsel, that the following attorneys are no longer associated with the Van Law Firm and are not representing Plaintiff in this matter. Please remove them from the service list:

JOSEPH ORTUNO, ESQ.
Nevada Bar No. 11233
1290 S. Jones Blvd.
Las Vegas, NV 89146
Telephone (702) 201-4043
Email: joseph@vanlawfirm.com

1

David M. Moore, ESQ.
Nevada Bar No. 8580
1290 S. Jones Blvd.
Las Vegas, NV 89146
Telephone (702) 529-1011
Facsimile: 702) 800-4662
Email: david@vanlawfirm.com

Tracee L. Duthie
Nevada Bar No.  8795
THE 702FIRM
400 7TH Street
44th Floor
Las Vegas, NV 89101
702-776-3333
Fax:  702-505-9787
Email:  traceeduthie@gmail.com

Sandy Van, Esq., will be Lead Attorney to be Noticed on this file.

Dated this  3rd day of September, 2021.

Respectfully Submitted by:

**VAN LAW FIRM**

 */s/ Sandy Van*
SANDY VAN, ESQ.
Nevada Bar No. 10785
1290 S. Jones Blvd.
Las Vegas, NV 89146
(702) 529-1011 Telephone
(702) 800-4662 Facsimile
sandy@vanlawfirm.com
*Attorney for Plaintiff*

IT IS SO ORDERED.
Dated:  September 7, 2021
.
.
_____
Nancy J. Koppe
United States Magistrate Judge