RYAN L. DENNETT, ESQ.
Nevada Bar No. 005617
rdennett@dennettwinspear.com
JENNIFER INSLEY MICHERI, ESQ.
Nevada Bar No. 10089
Jinsley-micheri@dennettwinspear.com
**DENNETT WINSPEAR, LLP**
3301 N. Buffalo Drive, Suite 195
Las Vegas, Nevada  89129
Telephone:     (702) 839-1100
Facsimile:      (702) 839-1113
***Attorneys for Defendant, State Farm Mutual Automobile Insurance Company***

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| CHRISTOFFER-JUDD VILLARIAS and FRANCES MARIE AQUI, individuals, <br><br> Plaintiffs, <br><br> vs. <br><br> STATE FARM MUTUAL AUTOMOBILE INSURANCE COMPANY, a Foreign Corporation; DOE EMPLOYEES I-V and ROE COMPANIES I-V, <br><br> Defendants. | Case No:  2:21-cv-00236-GMN-NJK |

**STIPULATION AND ORDER TO REMAND MATTER TO STATE COURT**

IT IS HEREBY STIPULATED by and between Plaintiff, CHRISTOFFER-JUDD VILLARIAS and FRANCES MARIE AQUI, by and through their attorney of record, MICHAEL NIXON, ESQ. of VAN LAW FIRM and Defendant, STATE FARM MUTUAL AUTOMOBILE INSURANCE COMPANY, by and through its attorney, JENNIFER INSLEY MICHERI, ESQ., of the law firm of DENNETT WINSPEAR, LLP, that this matter be remanded, by agreement, for the resolution of the <u>contractual</u> claims to Nevada State Court for further resolution, and the parties acknowledge that Plaintiffs claims for extra-contractual (bad faith), punitive damages, and any other claims involving claims outside of the contractual relationship between State Farm and

1  Plaintiffs herein were previously dismissed, without prejudice (Doc #19).

2      Both sides acknowledge that each side will bear their own attorneys' fees and costs as it

3  relates to the litigation thus far completed, and that further orders and decisions shall be entered

4  and effective through the Nevada State Court upon remand.

6  DATED:   10-18-2021                                         DATED:   10/18/2021

7  **VAN LAW FIRM**                                            **DENNETT WINSPEAR, LLP**

9  By   /s/ Michael T. Nixon                                   By   /s/ Jennifer Insley Micheri
   MICHAEL T. NIXON, ESQ.                                      RYAN L. DENNETT, ESQ.
10 Nevada Bar No. 12839                                        Nevada Bar No. 5617
   JOSEPH ORTUNO, ESQ.                                         JENNIFER INSLEY MICHERI, ESQ.
11 Nevada Bar No. 11233                                        Nevada Bar No. 10089
   1290 S. Jones Blvd.                                         3301 N. Buffalo Drive, Suite 195
12 Las Vegas, Nevada 89146                                     Las Vegas, Nevada 89129
   Telephone:  702-529-1011                                    Telephone:  702-839-1100
13 Facsimile:  702-800-4662                                    Facsimile:  702-839-1113
   ***Attorneys for Plaintiffs,***                             ***Attorneys for Defendant,***
14 ***Christoffer-Judd Villarias and***                        ***State Farm Mutual Automobile***
   ***Frances Marie Acqui***                                   ***Insurance Company***

**ORDER**

**IT IS SO ORDERED.**

Dated this   18   day of October, 2021.

_____
Gloria M. Navarro, District Judge
UNITED STATES DISTRICT COURT